**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-1526**

SAMUEL J. T. MOORE, III,

Plaintiff - Appellant,

versus

WILLIAM A. PYLIARIS, President; KATHRYN POUND,
Treasurer; BRIAN JOHNSON, Director; ELIAS
CORDOVA, Director; OLD DOMINION CLUB OF
RICHMOND; RACHEL SOSIN, Director,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Henry E. Hudson, District
Judge. (3:05-cv-00805-HEH)

Submitted: February 23, 2007          Decided:  March 7, 2007

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Angela D. Whitley, Richmond, Virginia, for Appellant. Guy C.
Crowgey, CROWGEY & GROSSMAN, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel J. T. Moore, III, appeals the district court's order which dismissed his action for failure to state a claim upon which relief could be granted under Fed. R. Civ. P. 12(b)(6). The order also denied Moore leave to file an amended complaint and denied his motion for joinder, seeking to add additional defendants. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Moore v. Pyliaris</u>, No. 3:05-cv-00805-HEH (E.D. Va. Mar. 31, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>